# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:22-00215-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JONATHAN F. HARRIS (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the Defendant, this cause came before the undersigned U. S. Magistrate Judge on March 7, 2024, for administration of guilty plea and allocution of the Defendant Jonathan F. Harris under Rule 11 of the Federal Rules of Criminal Procedure.   Defendant was present with his counsel, Mr. Val Salomon.

After said hearing, it is the finding of the undersigned that the Defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Counts Two and Three of the Superseding Indictment is fully supported by a written factual basis for each of the essential elements of the offenses.   In addition, without objection, the Government moved to dismiss the forfeiture allegations contained in the Superseding Indictment.   Finally, both the Government and the Defendant have waived their right to object to the report and recommendation.   Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the Defendant Jonathan F. Harris in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Jonathan F. Harris be finally adjudged guilty of the offenses charged in Counts Two and Three of the Superseding Indictment.

IT IS FURTHER RECOMMENDED that the District Court GRANT the Government's

unopposed motion to dismiss the forfeiture allegations set forth in the Superseding Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the requisite delays.

In Chambers, at Monroe, Louisiana, on this 7th day of March, 2024.

_____
KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE

2