UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:22-00215-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JONATHAN F. HARRIS (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [58] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Jonathan F. Harris and adjudges him guilty of the offenses charged in Counts Two and Three of the Superseding Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the Government's unopposed motion to dismiss the forfeiture allegations set forth in the Superseding Indictment is **GRANTED**.

MONROE, Louisiana, 8th day of March 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE